*This case was not selected for publication in the Federal Reporter*
*NOT FOR PUBLICATION*

**Jose Martin Diaz FLORES; et al., Petitioners,**

**v.**

**Alberto R. GONZALES, Attorney General, Respondent.**

**No. 06–73511.**

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 27, 2006.*

Filed Dec. 1, 2006.

Jose Martin Diaz Flores, Pomona, CA, pro se.

Maricela Diaz, Pomona, CA, pro se.

Edgar Martin Diaz, Pomona, CA, pro se.

CAC–District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, DOJ—U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: LEAVY, GOULD and CLIFTON, Circuit Judges.

MEMORANDUM **

Respondent's motion for summary disposition is granted because the questions

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**606**

raised by this petition for review are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam). Accordingly, this petition for review is denied.

All other pending motions are denied as moot. The temporary stay of removal confirmed by Ninth Circuit General Order 6.4(c) shall continue in effect until issuance of the mandate.

**PETITION FOR REVIEW DENIED.**

*This case was not selected for publication in the Federal Reporter*

*NOT FOR PUBLICATION*

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.